| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Gladys Odessa Fenderson |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 15-52361 |

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: XXXX1025

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

- ● No.
- ○ Yes. Date of the last note: ___/___/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $0.00 |
| 3. Attorney fees | | (3) $0.00 |
| 4. Filing fees and court costs | | (4) $0.00 |
| 5. Bankruptcy/Proof of claim fees | 11/12/15 01/19/16 | (5) $650.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $0.00 |
| 7. Property inspection fees | | (7) ' |
| 8. Tax advances (non-escrow) | | (8) $0.00 |
| 9. Insurance advances (non-escrow) | | (9) $0.00 |
| 10. Property preservation expenses. Specify:_____ | | (10) $0.00 |
| 11. Other. Specify:_____ | | (11) $0.00 |
| 12. Other. Specify:_____ | | (12) $0.00 |
| 13. Other. Specify:_____ | | (13) $0.00 |
| 14. Other. Specify:_____ | | (14) $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

15-52361-mlo    Doc 51    Filed 04/04/16    Entered 04/04/16 18:13:14    Page 1 of 3

Debtor 1  Gladys Odessa Fenderson    Case number (*if known*) 15-52361
         First Name  Middle Name  Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

○ I am the creditor.

● I am the creditor's attorney or authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:

X /s/ Lisa  Date 4/4/2016

Print: Lisa Singer                    Title  Creditor's Authorized Agent
       First Name  Middle Name  Last Name

Company  Rosicki, Rosicki & Associates, P.C.

Address  51 E. Bethpage Road
         Number      Street

         Plainview, NY 11803
         City         State    ZIP Code

Contact phone  (516) 741-2585          Email  lsinger@rosicki.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
---------------------------------------------------------------------xx
In re Gladys Odessa Fenderson; ,　　　　　　　　　　Case No. 15-52361

---------------------------------------------------------------------xx

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges has been served via Electronic Case Filing on the following parties:

Andrea D. Cartwright, Esq.

Tammy L. Terry, Esq.

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges has been served via first class mail on the following parties:

Gladys Odessa Fenderson
19336 Ardmore
Detroit, MI 48235

April 4, 2016

_____
Dina DiLullo